UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                                :
:
      -v-                                 :  19-CR-906 (JMF)
:
JOHN GONZALEZ, et al,                                                   :  ORDER
:
      Defendants.                         :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Given the ongoing public health situation and the limited number of courtrooms that could safely be used for jury trials in the coming months, the judges of this District recently adopted a plan to determine which criminal cases, if any, should be tried in the coming months and when. Under the plan, the Court has until August 21, 2020, to submit a request with respect to any case that it wishes to try before the end of the calendar year. (Even then, there is no guarantee under the plan that the Court would get its choice of date(s). And, of course, it is unclear whether any jury trials will be feasible given, among other things, the difficulties inherent in impaneling jurors at this time.)

      No later than **August 13, 2020**, the parties shall file a joint letter indicating their views on (1) whether this case should or must be tried before the end of the calendar year or whether trial should be adjourned to 2021; (2) whether and when the Court should hold a conference to discuss the matter; and (3) if applicable, whether time should be excluded under the Speedy Trial Act until the next court appearance. If either party believes that there is a need for a conference in the short term, counsel should indicate their views on whether the Court can, consistent with the Constitution, the Federal Rules of Criminal Procedure, the CARES Act, and any other applicable law, conduct the conference by telephone or video and, if applicable, whether the Defendant consents to appearing in that manner and/or to waiving his/her appearance altogether. (If the Defendant is detained, counsel should also identify the facility in which the Defendant is held.)

      After reviewing the parties' joint letter, the Court will issue an order indicating whether or when it intends to hold a conference and addressing any other relevant deadlines and information. Because the Court may decide to convene a conference between the date of the letter and the August 21st deadline, counsel should indicate in their joint letter dates and times in that window that they (and, if applicable, the Defendant) would be available.

      SO ORDERED.

Dated: August 4, 2020　　　　　　　　　　　　_____
      New York, New York　　　　　　　　　　　　JESSE M. FURMAN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge